**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA

v. Case No. 2:25-cr-130-KCD-KRH

JOSE RODRIGUEZ
_______________________________/

**Final Order of Garnishment**

Before the Court is the Government's Unopposed Motion for Final Order of Garnishment. (Doc. 63). Under 28 U.S.C. § 3205(c)(7), the Government seeks a final order against Defendant's bank accounts held by Garnishee Fifth Third Bank, N.A. Defendant consents to the relief sought. (Doc. 63 at 2; Doc. 63-1). After review, the Court finds that entry of a final order of garnishment is proper. The Unopposed Motion is **GRANTED**.

By November 20, 2026, Fifth Third Bank, N.A. shall **LIQUIDATE** Defendant's nonexempt interest in his deposit accounts up to the amount needed to make this payment, and pay $27,707.59 to the Clerk of Court, United States District Court for the Middle District of Florida.

The payment to the United States made under this Order shall (1) bear the notation "Jose Rodriguez, Case No. 2:25-cr-130-KCD-KRH"; (2) be made payable to "Clerk, United States District Court"; and (3) be sent to the following:

Clerk of Court, United States District Court for the Middle District of Florida
ATTN: DCU
401 West Central Boulevard, Suite 1200
Orlando, Florida 32801

Upon making this payment to the United States of $27,707.59 from the Defendant's account -9577, the Writ of Garnishment directed to Fifth Third Bank, N.A. (Doc. 59) shall automatically **TERMINATE**. 28 U.S.C. § 3205(c)(10).

In Fort Myers, Florida, on November 5, 2026.

Kevin Huguelet
United States Magistrate Judge